**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOEL P ALCARMEN,

    Plaintiff,

  v.

JPMORGAN CHASE BANK NA, *et al.*,

    Defendants.

No. C 16-04408 WHA

**ORDER TO SHOW CAUSE**

This case was reassigned to the undersigned judge on September 15. The order reassigning the case stated that pending motions must be renoticed for hearing but that briefing schedules remained unchanged (Dkt. No. 21). Accordingly, plaintiff's response to defendants' motion to dismiss was September 15. To date, plaintiff has not responded. Plaintiff is hereby ordered to **SHOW CAUSE**, in writing, by **SEPTEMBER 29 AT NOON**, why this action should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: September 26, 2016.

                                                      WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE