**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOEL P ALCARMEN,

    Plaintiff,

v.

JPMORGAN CHASE BANK NA, *et al.*,

    Defendant.

No. C 16-04408 WHA

**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS**

    Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motion to dismiss.

Dated: October 28, 2016.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\WHAALL\2016civ\16-04408 Alcarmen\OrderYA(MTD).wpd