**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOEL P. ALCARMEN,

    Plaintiff,

v.

JPMORGAN CHASE BANK N.A., formerly known as Washington Mutual Bank, CALIFORNIA RECONVEYANCE COMPANY, CITIBANK, N.A., as trustee for WaMu Series 2007-HE3 Trust, WAMU ASSET ACCEPTANCE CORP., QUALITY LOAN SERVICE CORP., and DOES 1 through 50, inclusive,

    Defendants.

No. C 16-04408 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff Joel P. Alcarmen. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: November 4, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE